DAVID J. MURPHY (CA SBN 122818)
DMurphy@mofo.com
ANNE K. DAVIS (CA SBN 267909)
ADavis@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: 650.813.5600
Facsimile: 650.494.0792

Attorneys for Defendants
JPMORGAN CHASE BANK, N.A.
and CHASE HOME FINANCE, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISON

| | |
|---|---|
| HONORIO R. MALLARI,<br><br>             Plaintiff,<br><br>     v.<br><br>JPMORGAN CHASE BANK, N.A., CHASE HOME FINANCE, LLC and JOHN DOES similarly situated,<br><br>             Defendants. | Case No.   CV110295 EMC<br><br>**CERTIFICATE OF SERVICE**<br><br>Date:        April 13, 2011<br>Time:        10:30 a.m.<br>Courtroom: C-15th Floor<br>Mag. Judge: Hon. Edward M. Chen<br><br>Date Action Filed: January 20, 2011 |

  I declare that I am employed with the law firm of Morrison & Foerster LLP, whose address is 755 Page Mill Road, Palo Alto, California 94304-1018. I am not a party to the within cause, and I am over the age of eighteen years.

  I further declare that on February 14, 2011, I served a copy of:

1. **DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT**

2. **DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS**

3. **DEFENDANTS' NOTICE OF INTERESTED PARTIES**

4. **DECLINATION TO PROCEED BEFORE UNITED STATES MAGISTRATE JUDGE EDWARD M. CHEN**

5.  **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS**

☒  **BY U.S. MAIL [Fed. Rule Civ. Proc. rule 5(b)]** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, addressed as follows, for collection and mailing at Morrison & Foerster LLP, 755 Page Mill Road, Palo Alto, California 94304-1018 in accordance with Morrison & Foerster LLP's ordinary business practices.

I am readily familiar with Morrison & Foerster LLP's practice for collection and processing of correspondence for mailing with the United States Postal Service, and know that in the ordinary course of Morrison & Foerster LLP's business practice the document(s) described above will be deposited with the United States Postal Service on the same date that it (they) is (are) placed at Morrison & Foerster LLP with postage thereon fully prepaid for collection and mailing.

> Honorio R. Mallari
> 400 Edna Lane
> Pacifica, CA 94044

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Palo Alto, California, on February 14, 2011.

_____     _____
        Sandra K. Devol                            (signature)
            (typed)

CERTIFICATE OF SERVICE
CASE NO. CV110295 EMC
pa-1446407

2