IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HONORIO R. MALLARI, | No. C 11-295 SI |
| Plaintiff, | **ORDER GRANTING PLAINTIFF'S REQUEST FOR EXTENSION** |
| v. | |
| JP MORGAN CHASE, *et al.*, | |
| Defendants. | |

In an order filed April 14, 2011, the Court granted defendants' motion to dismiss the complaint, and granted plaintiff leave to file an amended complaint by April 29, 2011. Plaintiff has filed a request for an extension of time in order to retain legal counsel. The Court GRANTS plaintiff's request. The amended complaint must be filed by **May 20, 2011**.

**IT IS SO ORDERED.**

Dated: April 18, 2011

SUSAN ILLSTON
United States District Judge