IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HONORIO R. MALLARI,

    Plaintiff,

v.

JP MORGAN CHASE, *et al.*,

    Defendants.

No. C 11-295 SI

**ORDER DISMISSING CASE WITHOUT PREJUDICE**

In an order filed April 18, 2011, the Court granted plaintiff an extension of time until May 20, 2011, to file an amended complaint. Plaintiff did not file an amended complaint, and plaintiff has not taken any action in this case since April 14, 2011.

Accordingly, pursuant to Federal Rule of Civil Procedure 41(b), the Court DISMISSES this case without prejudice for failure to prosecute.

**IT IS SO ORDERED.**

Dated: July 8, 2011

SUSAN ILLSTON
United States District Judge