**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HONORIO R. MALLARI, | No. C 11-295 SI |
| Plaintiff, | **JUDGMENT** |
| v. | |
| JP MORGAN CHASE, *et al.*, | |
| Defendants. | |

This action has been dismissed without prejudice for failure to prosecute.  Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: July 8, 2011

SUSAN ILLSTON
United States District Judge